United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10070-jkf
John DeSalis                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: Jul 18, 2018
                             Form ID: pdf900       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
```
db         +John DeSalis,    2529 S. Alder Street,    Philadelphia, PA 19148-4426
14036606   +Chase Auto Finance,    Po Box 901003,    Ft Worth, TX 76101-2003
14045693   +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14039115   +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14036612   +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
            North Richland Hills, TX 76180-6036
14036613   +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
14036615   +Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14036614   +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
14074577    U.S. Bank National Association, as Trustee ET. AL.,    OCWEN LOAN SERVICING, LLC,
            Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14036616   +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:21    City of Philadelphia,
            City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:12:59
            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:30:52    Orion (Met-Ed),
            c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052519    E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2018 02:12:45    Ally Bank,    PO Box 130424,
            Roseville MN 55113-0004
14036602   +E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2018 02:12:45    Ally Financial,
            Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14036603   +E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2018 02:12:45    Ally Financial,
            200 Renaissance Ctr,    Detroit, MI 48243-1300
14126348    E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:21    City of Philadelphia,
            Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
            Philadelphia, PA  19102-1595
14036604    E-mail/Text: brad@cfcautocredit.com Jul 19 2018 02:12:57    Cfc Auto Crd,    4a Eves Drive,
            Marlton, NJ 08053
14036605   +E-mail/Text: bk.notifications@jpmchase.com Jul 19 2018 02:12:54    Chase Auto Finance,
            National Bankruptcy Dept,    201 N Central Ave Az1-1191,    Phoenix, AZ 85004-1071
14036608   +E-mail/Text: bknotice@ercbpo.com Jul 19 2018 02:13:11    ERC/Enhanced Recovery Corp,
            8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14036607   +E-mail/Text: bknotice@ercbpo.com Jul 19 2018 02:13:12    ERC/Enhanced Recovery Corp,
            Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14036610   +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 19 2018 02:13:36    Harley Davidson Financial,
            Po Box 21829,    Carson City, NV 89721-1829
14036609   +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 19 2018 02:13:36    Harley Davidson Financial,
            Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14036843   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:17:46
            PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14036611   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 19 2018 02:17:43    Regional Acceptance Co,
            304 Kellm Road,    Virginia Beach, VA 23462-2712
                                                                                        TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2        User: Randi              Page 2 of 2              Date Rcvd: Jul 18, 2018
                           Form ID: pdf900          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JAMES A. PROSTKO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
          paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
          paeb@fedphe.com
         PAUL H. YOUNG    on behalf of Debtor John  DeSalis support@ymalaw.com,  ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor   U.S. Bank National Association, As Trustee et al
          paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 10
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        **Chapter 13**

**JOHN DESALIS**

                    **Debtor(s)**              :        **Bky. No. 18-10070  -JKF**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
### APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by  Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

 

**Date: July 18, 2018**

                                  **JEAN K. FITZSIMON**
                                  **U.S. BANKRUPTCY JUDGE**